UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESS FOUNDATION,<br><br>　　　　　Defendant. | Case No. 23-cv-02304-SK<br><br>**ORDER TO SHOW CAUSE** |

The Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). As shown by a review of the procedural history in this case, Plaintiff has failed to prosecute this case.

On May 16, 2023, the Court ordered Plaintiff to file an amended complaint by June 23, 2023. (Dkt. No. 6.) On June 27, this Court granted Plaintiff an extension of time to file an amended complaint until July 12, 2023. (Dkt. No. 9.) At the time of filing, Plaintiff has not filed any amended complaint or contacted the Court concerning this case.

Plaintiff shall file a written response to this Order to Show Cause by no later than September 11, 2023. Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by September 11, 2023, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute without any further notice.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://perma.cc/6NL7-U9U7). The Court further advises Plaintiff that he also may wish

to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: August 15, 2023



SALLIE KIM
United States Magistrate Judge