UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROGRESS FOUNDATION,<br><br>　　　　Defendant. | Case No. 23-cv-02304-SI<br><br>**JUDGMENT** |

　　　This case has been dismissed without prejudice for failure to prosecute.  Judgment is hereby entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 23, 2023

_____
SUSAN ILLSTON
United States District Judge